November 9, 2022

**<u>VIA PRO SE INTAKE</u>**
Hon. Ronnie Abrams, U.S.D.J.
United States District Court
Thurgood Marshall Courthouse
40 Foley Square, Room 430
New York, NY 10007

Re:   *Arthur Balder v. Juan Ramon Garcia Castejon, et al*, Case No.: 1:22-cv-07973-RA

Hon. Ronnie Abrams:

     I am the plaintiff in this action (the "Plaintiff"). This letter is submitted pursuant to I.A of your Honour's Individual Practices.
     Defendant Garcia Castejon answered the Complaint with a Motion to Dismiss and an Affidavit of Support [Dkt. 8 and 9] on October 26, 2022.

     The present letter is to respectfully request an extension of time to answer with papers to Oppose the Motion to Dismiss filed by Defendant Garcia Castejon, since the Plaintiff needs to obtain certain exhibits that are paramount to his opposition.

     The Plaintiff suggest to file his opposition papers no later than November 25, allowing an interval of no more than four weeks between the date Defendant Castejon filed his Motion to Dismiss on October 26 and the deadline to file.

We deeply appreciate your time and consideration in this matter.

Respectfully Submitted,

/s/ Arthur Balder

Application granted.

SO ORDERED.

_____
Hon. Ronnie Abrams
United States District Judge
11/10/2022