USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 03/17/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ARTHUR BALDER,

                    Plaintiff,

      v.

JUAN RAMON GARCIA CASTEJON, and
FRANCISCA GALVAN REAL,

                    Defendants.

No. 22-cv-7973 (RA)

ORDER OF REFERENCE

RONNIE ABRAMS, United States District Judge:

    This action is referred to Magistrate Judge Gorenstein for the following purpose:

|   |   |   |   |
|---|---|---|---|
| X | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) |   | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
|   | Specific Non-Dispositive Motion/Dispute: |   | Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)<br>Purpose: |
|   | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: |   | Habeas Corpus |
|   | Settlement |   | Social Security |
|   | Inquest After Default/Damages Hearing | X | Dispositive Motion (i.e., motion requiring a Report and Recommendation):<br><br>Motion to dismiss for lack of jurisdiction |

SO ORDERED.

Dated:    March 17, 2023
             New York, New York

                                                Hon. Ronnie Abrams
                                                United States District Judge