# EXHIBIT 1

PROOF OF SERVICE VIA EMAIL

OF AMENDED COMPLAINT AND 17 EXHIBITS ON JUNE 6, 2023

## Original Message

| | |
|---|---|
| Message ID | <CAP--35dPczeOgfTBHUtrby5icntFcd0JbXC9ZQYVEf59QZzv7w@mail.gmail.com> |
| Created at: | Thu, Jul 6, 2023 at 10:22 AM (Delivered after 0 seconds) |
| From: | Arthur Balder <arthurbalderfiles@gmail.com> |
| To: | Joan Castejón <info@joancastejon.net> |
| Subject: | 1:22-cv-07973-LTS-GWG Balder v. Garcia Castejon et al Service of Amended Complaint |

Download Original                                        Copy to clipboard

```
MIME-Version: 1.0
Date: Thu, 6 Jul 2023 10:22:44 -0400
Message-ID: <CAP-
-35dPczeOgfTBHUtrby5icntFcd0JbXC9ZQYVEf59QZzv7w@mail.gmail.com>
Subject: 1:22-cv-07973-LTS-GWG Balder v. Garcia Castejon et al
Service of Amended Complaint
From: Arthur Balder <arthurbalderfiles@gmail.com>
To: "Joan Castejón" <info@joancastejon.net>
Cc: arminda garcia <santaflora1@gmail.com>
Content-Type: multipart/mixed;
 boundary="000000000000f8907f05ffd23f30"

--000000000000f8907f05ffd23f30
Content-Type: multipart/alternative;
 boundary="000000000000f8907c05ffd23f2e"

--000000000000f8907c05ffd23f2e
Content-Type: text/plain; charset="UTF-8"
Content-Transfer-Encoding: quoted-printable

*RE:1:22-cv-07973-LTS-GWG Balder v. Garcia Castejon et al
Amended Complaint=
*

To Mr Castejon/Ms Galvan,

You are hereby notified of filing of Amended Complaint.
This email contains as a courtesy a copy thereof and its 17
attached
```

```
Exhibits.
Gmail provides proof of email delivery to your verified
address.
This is the same email address you have used for all
communications with us
and USNY Court, since you appeared in SDNY as pro se litigant.
and as in previous communications with us also today it has
delivered all
its attachments as expected.
Therefore, this email represents proof of service to a pro se
litigant, as
it is the case of both Defendants.

All documents attached belong to Doc. 29 of the case of
reference, *and all
are already publicly available documents* under the rules of
the United
States Court System via Pacer.

You must address the allegations within the stipulations of the
F.R.C.P.

/s/ Arthur Balder

--=20
*CONFIDENTIALITY NOTICE

This e-mail, including attachments, is covered by the
Electronic
Communications Privacy Act, 18 U.S.C. 2510-2521, is
confidential, and may
be legally privileged. You don=E2=80=99t have any permission to
disseminate=
 or
distribute it, for it is solely intended for you. If you are
not the
intended recipient, you are hereby notified that any retention,
dissemination, distribution, or copying of this communication
is strictly
prohibited. Please reply to the sender that you have received
the message
in error, and then please delete it. The information contained
within this
email is copyrighted and cannot be re-distributed or copied in
any manner
without the written permission of the sender.

--000000000000f8907c05ffd23f2e
Content-Type: text/html; charset="UTF-8"
Content-Transfer-Encoding: quoted-printable

<div dir=3D"ltr"><div><u><b>RE:1:22-cv-07973-LTS-GWG Balder v.
Garcia Caste=
jon et al Amended Complaint</b></u></div><div><br></div><div>To
Mr Castejon=
/Ms Galvan,</div><div><br></div>You are hereby notified of
filing of Amende=
d Complaint.<div>This email contains as a courtesy a copy
thereof and its 1=
7 attached Exhibits.</div><div>Gmail provides proof of email
delivery=C2=A0=
```

```
to your verified address.</div><div>This is the same email
address you have=
 used for all communications with us and USNY Court, since you
appeared in =
SDNY as pro se litigant.</div><div>and as in previous
communications with u=
s also today it has delivered all its attachments as
expected.=C2=A0</div><=
div>Therefore, this email represents proof of service to a pro
se litigant,=
 as it is the case of both Defendants.</div><div><br></div>
<div>All documen=
ts attached belong to Doc. 29 of the case of reference, <b>
<u>and all are a=
lready publicly available documents</u></b> under the rules of
the United S=
tates Court System via Pacer.</div><div><br></div><div>You must
address the=
 allegations within=C2=A0the stipulations of the F.R.C.P.</div>
<div><br></d=
iv><div>/s/ Arthur Balder<br clear=3D"all"><div><br></div><span
class=3D"gm=
ail_signature_prefix">-- </span><br><div dir=3D"ltr"
class=3D"gmail_signatu=
re" data-smartmail=3D"gmail_signature"><div dir=3D"ltr"><div
dir=3D"ltr"><div dir=3D"lt=
r"><div dir=3D"ltr"><font face=3D"arial, helvetica, sans-serif"
color=3D"#0=
00000"><div dir=3D"ltr">*CONFIDENTIALITY NOTICE</div><div
dir=3D"ltr">=C2=
=A0</div><div dir=3D"ltr">This e-mail, including attachments,
is covered by=
 the Electronic Communications Privacy Act, 18 U.S.C. 2510-
2521, is confide=
ntial, and may be legally privileged. You don=E2=80=99t have
any permission=
 to disseminate or distribute it, for it is solely intended for
you. If you=
 are not the intended recipient, you are hereby notified that
any retention=
, dissemination, distribution, or copying of this communication
is strictly=
 prohibited. Please reply to the sender that you have received
the message =
in error, and then please delete it. The information contained
within this =
email is copyrighted and cannot be re-distributed or copied in
any manner w=
ithout the written permission of the sender.</div><br></font>
</div></div></=
div></div></div></div>

--000000000000f8907c05ffd23f2e--
--000000000000f8907f05ffd23f30
Content-Type: application/pdf; name="29-4.pdf"
Content-Disposition: attachment; filename="29-4.pdf"
Content-Transfer-Encoding: base64
X-Attachment-Id: f_ljr8hcwd4
Content-ID: <f_ljr8hcwd4>
```

```
--000000000000f8907f05ffd23f30
Content-Type: application/pdf; name="29 Amended Complaint.pdf"
Content-Disposition: attachment; filename="29 Amended
Complaint.pdf"
Content-Transfer-Encoding: base64
X-Attachment-Id: f_ljr8hcvm0
Content-ID: <f_ljr8hcvm0>


--000000000000f8907f05ffd23f30
Content-Type: application/pdf; name="29-2.pdf"
Content-Disposition: attachment; filename="29-2.pdf"
Content-Transfer-Encoding: base64
X-Attachment-Id: f_ljr8hcw72
Content-ID: <f_ljr8hcw72>


--000000000000f8907f05ffd23f30
Content-Type: application/pdf; name="29-3.pdf"
Content-Disposition: attachment; filename="29-3.pdf"
Content-Transfer-Encoding: base64
X-Attachment-Id: f_ljr8hcwa3
Content-ID: <f_ljr8hcwa3>


--000000000000f8907f05ffd23f30
Content-Type: application/pdf; name="29-1.pdf"
Content-Disposition: attachment; filename="29-1.pdf"
Content-Transfer-Encoding: base64
X-Attachment-Id: f_ljr8hcw31
Content-ID: <f_ljr8hcw31>


--000000000000f8907f05ffd23f30
Content-Type: application/pdf; name="29-6.pdf"
Content-Disposition: attachment; filename="29-6.pdf"
Content-Transfer-Encoding: base64
X-Attachment-Id: f_ljr8hcwj6
Content-ID: <f_ljr8hcwj6>


--000000000000f8907f05ffd23f30
Content-Type: application/pdf; name="29-8.pdf"
Content-Disposition: attachment; filename="29-8.pdf"
Content-Transfer-Encoding: base64
X-Attachment-Id: f_ljr8hcwp8
Content-ID: <f_ljr8hcwp8>


--000000000000f8907f05ffd23f30
Content-Type: application/pdf; name="29-5.pdf"
Content-Disposition: attachment; filename="29-5.pdf"
Content-Transfer-Encoding: base64
X-Attachment-Id: f_ljr8hcwg5
Content-ID: <f_ljr8hcwg5>


--000000000000f8907f05ffd23f30
Content-Type: application/pdf; name="29-11.pdf"
Content-Disposition: attachment; filename="29-11.pdf"
Content-Transfer-Encoding: base64
```

```
X-Attachment-Id: f_ljr8hcwx11
Content-ID: <f_ljr8hcwx11>


--000000000000f8907f05ffd23f30
Content-Type: application/pdf; name="29-10.pdf"
Content-Disposition: attachment; filename="29-10.pdf"
Content-Transfer-Encoding: base64
X-Attachment-Id: f_ljr8hcwu10
Content-ID: <f_ljr8hcwu10>


--000000000000f8907f05ffd23f30
Content-Type: application/pdf; name="29-9.pdf"
Content-Disposition: attachment; filename="29-9.pdf"
Content-Transfer-Encoding: base64
X-Attachment-Id: f_ljr8hcwr9
Content-ID: <f_ljr8hcwr9>


--000000000000f8907f05ffd23f30
Content-Type: application/pdf; name="29-14.pdf"
Content-Disposition: attachment; filename="29-14.pdf"
Content-Transfer-Encoding: base64
X-Attachment-Id: f_ljr8hcx314
Content-ID: <f_ljr8hcx314>


--000000000000f8907f05ffd23f30
Content-Type: application/pdf; name="29-12.pdf"
Content-Disposition: attachment; filename="29-12.pdf"
Content-Transfer-Encoding: base64
X-Attachment-Id: f_ljr8hcwz12
Content-ID: <f_ljr8hcwz12>


--000000000000f8907f05ffd23f30
Content-Type: application/pdf; name="29-15.pdf"
Content-Disposition: attachment; filename="29-15.pdf"
Content-Transfer-Encoding: base64
X-Attachment-Id: f_ljr8hcx615
Content-ID: <f_ljr8hcx615>


--000000000000f8907f05ffd23f30
Content-Type: application/pdf; name="29-7.pdf"
Content-Disposition: attachment; filename="29-7.pdf"
Content-Transfer-Encoding: base64
X-Attachment-Id: f_ljr8hcwl7
Content-ID: <f_ljr8hcwl7>


--000000000000f8907f05ffd23f30
Content-Type: application/pdf; name="29-13.pdf"
Content-Disposition: attachment; filename="29-13.pdf"
Content-Transfer-Encoding: base64
X-Attachment-Id: f_ljr8hcx113
Content-ID: <f_ljr8hcx113>


--000000000000f8907f05ffd23f30
```

```
    Content-Type: application/pdf; name="29-16.pdf"
    Content-Disposition: attachment; filename="29-16.pdf"
    Content-Transfer-Encoding: base64
    X-Attachment-Id: f_ljr8hcx816
    Content-ID: <f_ljr8hcx816>


    --000000000000f8907f05ffd23f30
    Content-Type: application/pdf; name="29-17.pdf"
    Content-Disposition: attachment; filename="29-17.pdf"
    Content-Transfer-Encoding: base64
    X-Attachment-Id: f_ljr8hcxb17
    Content-ID: <f_ljr8hcxb17>


    --000000000000f8907f05ffd23f30--
```