UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

ARTHUR BALDER

       Plaintiff,

       -v-                                                No. 22-CV-7973-LTS-GWG

JUAN RAMON GARCIA CASTEJON, and
FRANCISCA GALVAN REAL,

       Defendant.

-------------------------------------------------------------x

## ORDER

The Court has received Plaintiff's Amended Complaint, see docket entry no. 29, which was filed after the previous judge assigned to this case, District Judge Ronnie Abrams, granted Plaintiff leave to amend the original complaint. See docket entry no. 25.

Defendants are directed to respond to the Amended Complaint by **September 8, 2023**. As the Amended Complaint is now the operative pleading, the pending motion to dismiss the original complaint is moot, and the Clerk of Court is respectfully directed to close docket entry no. 8. Pursuant to Judge Abrams' order of reference at docket entry no. 22, this case remains referred to Magistrate Judge Gabriel Gorenstein, including for dispositive motions that require a Report and Recommendation.

The Clerk of Court is respectfully directed to mail a copy of the order to defendants Juan Ramon Garcia Castejon and Francisca Galvan Real at the below addresses:

Juan Ramon Garcia Castejon
Cami Penya de l'Aguila
29 Denia, Alicante, 03700
Spain

Francisca Galvan Real
Cami Penya de l'Aguila 29
La Pedrera, 03700
Spain

      SO ORDERED.

Dated: New York, New York
      July 10, 2023

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge