UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
                                                                :
ARTHUR BALDER,
                                                                :
                          Plaintiff,            ORDER
                                                                :
      -v.-
                                                                :    22 Civ. 7973 (LTS) (GWG)
JUAN RAMON GARCIA CASTEJON, and
FRANCISCA GALVAN REAL,                          :

                          Defendants.           :
---------------------------------------------------------------x
GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE

     The Court notes that the Order dated July 10, 2023, extends the time for defendants to respond to the amended complaint to September 8, 2023.

     The Court issues this Order to state that because the defendants are proceeding without an attorney and have in the past sought help with translation, the Court will not require them to comply with paragraph 2.A of its Individual Practices, which would have required them to seek a conference with the Court before filing any motion to dismiss. In other words, defendants may file a motion to dismiss on September 8, 2023, without further permission from the Court.

     The Court also wishes to make clear that there are clinics that offer legal help to litigants without lawyers. Because the clinic providing such services in this district cannot provide such services to defendants due to its contact with plaintiff, the defendants may contact the Pro Se Legal Assistance Program at Hofstra University located in Central Islip, New York. The website is: https://proseprogram.law.hofstra.edu/contact/. This clinic may be contacted by phone at 1-631-297-2575. Email: PSLAP@hofstra.edu. The Court has been informed that this clinic can arrange for a Spanish speaker to provide assistance.

     The Clerk is requested to indicate on the docket the following address for each of the two defendants and to mail this Order to each of them:

Cami Penya de L'Aguila
29 Denia, Alicante, 03700
Spain

     SO ORDERED.

Dated: July 17, 2023
      New York, New York

GABRIEL W. GORENSTEIN
United States Magistrate Judge