UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

ARTHUR BALDER

    -v-                                                          No. 22-CV-7973-LTS-GWG

JUAN RAMON GARCIA CASTEJON, and
FRANCISCA GALVAN REAL,

        Defendant.

-----------------------------------------------------------x

## Order

The Court has received Plaintiff's letter, dated July 17, 2023 (docket entry no. 34), seeking "replacement" of the Magistrate Judge to whom this case has been referred for general pretrial management and dispositive motions (docket entry no. 22). The Court construes Plaintiff's letter as a motion for recusal of the Magistrate Judge, and hereby refers the motion to Magistrate Judge Gabriel Gorenstein.

The existing deadline for Defendants to respond to Plaintiff's Amended Complaint is adjourned until further order of the Court.

The Clerk of Court is respectfully directed to mail a copy of this Order to defendants at the addresses on the docket sheet.

       SO ORDERED.

Dated: New York, New York
       July 19, 2023

                                                    /s/ Laura Taylor Swain
                                                    LAURA TAYLOR SWAIN
                                                    Chief United States District Judge